ANET DRAPALSKI, SBN 282086
adrapalski@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
ASHLEY REAL ESTATE, LLC AND STONELEDGE FURNITURE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD OSTRANDER JR.,<br><br>            Plaintiff,<br><br>     v.<br><br>ASHLEY REAL ESTATE, LLC, a Delaware limited liability company; STONELEDGE FURNITURE, LLC, a Wisconsin limited liability company; and DOES 1-10,<br><br>            Defendants. | CASE NO.: 5:20-cv-01919-RGK(SPX)<br><br>Assigned to District Judge R. Gary Klausner and Magistrate Judge Sheri Pym<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: September 23, 2020<br>Original Response Date: October 14, 2020<br>Current Response Date: November 13, 2020<br>Requested Response Date: November 27, 2020 |

Defendants ASHLEY REAL ESTATE, LLC and STONELEDGE FURNITURE, LLC (collectively "Defendants"), through their undersigned attorney of record, files this unopposed Motion for Extension of Time to for Defendants to respond to Plaintiff's Complaint as follows:

1. On or about September 16, 2020, Plaintiff filed his Complaint in the United States District Court for the Central District of California.

2. On or about September 23, 2020, Plaintiff represents he served the Complaint on Defendants.

1

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), per Plaintiff's service date, Defendants' responsive pleadings were due by October 14, 2020, which is twenty-one days after service of the Summons and Complaint.

4. On October 13, 2020, the Parties agreed to a twenty (20) day extension for Defendants to file a responsive pleading, making Defendants' responsive pleadings due by November 3, 2020 and submitted a joint stipulation in that regard.

5. On November 2, 2020, the Parties agreed to a further ten (10) day extension, making Defendants' responsive pleadings due by November 13, 2020 and submitted a joint stipulation in that regard.

6. This is the third request for an extension of time by Defendants in this matter.

7. Since the filing of the Complaint, the parties have been engaging in settlement discussions to resolve this matter and thereby alleviate the need for the Court's intervention. Defendants believe that the parties are close to reaching a settlement of this matter and

8. Defendants certify that this motion is made in good faith and that Defendants' counsel attempted to contact Plaintiff's counsel telephonically and via e-mail prior to the filing of this motion. Plaintiff has not responded.

9. This motion has not been submitted for the purpose of delay or any improper purpose. Additional time to respond will provide the parties with addition time to potentially resolve this matter and prevent unnecessary use of the Court's resources.

///
///
///
///
///

1  WHEREFORE, Defendants respectfully request that the Court grant it an extension of time up to and including December 14, 2020 within which to file their responsive pleadings.

Dated: November 12, 2020

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Anet Drapalski*
Anet Drapalski
Attorney for Defendants
ASHLEY REAL ESTATE, LLC AND
STONELEDGE FURNITURE, LLC

3

CASE NO.: 5:20-CV-01919-RGK(SPX)
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT

FP 39100742.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On November 12, 2020, I served the foregoing document entitled **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Raymod Ballister, Jr.<br>Russell Handy<br>Dennis Price<br>Amanda Seabock<br>Center for Disability Access<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>Telephone: 858-375-7385<br>Facsimile: 888-422-5191 | Attorneys for Plaintiff<br>BERNARD OSTRANDER JR.<br><br>E-Mail: amandas@potterhandy.com |

☒ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 12, 2020 at Los Angeles, California.

Kristine Gonzalez
Print Name

By: */s/ Kristine Gonzalez*
Signature

---

1
CERTIFICATE OF SERVICE

FP 39100742.1