1

2

**DENIED BY THE COURT**

3    by: *Gary Klausner*

4    Hon. R. Gary Klausner
Date: November 13, 2020

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  BERNARD OSTRANDER JR., | CASE NO.:  5:20-cv-01919-RGK(SPX) |
| 12          Plaintiff, | Assigned to District Judge R. Gary Klausner and Magistrate Judge Sheri Pym |
| 13      v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED** |
| 14  ASHLEY REAL ESTATE, LLC, a Delaware limited liability | **MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL** |
| 15  company; STONELEDGE FURNITURE, LLC, a Wisconsin | **COMPLAINT** [14] |
| 16  limited liability company; and DOES 1-10, | |
| 17          Defendants. | Complaint Served:  September 23, 2020 Original Response Date: October 14, 2020 |
| 18 | Current Response Date:  November 13, 2020 Requested  Response  Date:   November 27, |
| 19 | 2020 |

20

21

22

23

24

25

26

27

28

1

CASE NO.:  5:20-cv-01919-RGK(SPx)
[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT
FP 39100854.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After considering Defendant's Unopposed Motion for Extension of Time to Respond to Initial Complaint and the accompanying Joint Stipulation supporting the same,

IT IS HEREBY ORDERED that Defendants ASHLEY REAL ESTATE LLC and STONELEDGE FURNITURE, LLC's deadline to file a responsive pleading in this case is extended by thirty (30) days, through and including December 14, 2020.

**IT SO ORDERED.**

DATED: _____

DENIED BY THE COURT

_____

*Honorable Gary Klausner*

CASE NO.:  5:20-cv-01919-RGK(SPx)
[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT

FP 39100854.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On November 12, 2020 I served the foregoing document entitled **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Raymod Ballister, Jr.<br>Russell Handy<br>Dennis Price<br>Amanda Seabock<br>Center for Disability Access<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>Telephone: 858-375-7385<br>Facsimile: 888-422-5191 | Attorneys for Plaintiff<br>BERNARD OSTRANDER JR.<br><br><br><br>E-Mail: amandas@potterhandy.com |

☒    **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 12, 2020 at Los Angeles, California.

| Kristine Gonzalez | By: | */s/ Kristine Gonzalez* |
|---|---|---|
| Print Name | | Signature |

FP 39100854.1