| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| 6 | AmandaS@potterhandy.com<br>Attorneys for Plaintiff |
| 7 | |
| 8 | ANET DRAPALSKI, SBN 282086<br>adrapalski@fisherphillips.com |
| 9 | FISHER & PHILLIPS LLP<br>444 South Flower Street, Suite 1500 |
| 10 | Los Angeles, California 90071<br>Telephone: (213) 330-4500 |
| 11 | Facsimile: (213) 330-4501 |
| 12 | Attorney for Defendant<br>Ashley Real Estate, LLC and Stoneledge Furniture |
| 13 | LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | BERNARD OSTRANDER JR., | Case No.: 5:20-cv-01919-RGK-SP |
| 17 | Plaintiff, | **JOINT STIPULATION FOR** |
| 18 | v. | **DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41 (a)(1)(A)(ii)** |
| 19 | ASHLEY REAL ESTATE, LLC, a Delaware Limited Liability Company; | |
| 20 | STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Company; and | |
| 21 | Does 1-10, | |
| 22 | Defendants. | |

Joint Stipulation                                    -1-                                    5:20-cv-01919-RGK-SP

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: March 23, 2021        CENTER FOR DISABILITY ACCESS

8                                By: /s/ Amanda Seabock
                                     Amanda Seabock
9                                    Attorneys for Plaintiff

12  Dated: March 23, 2021        FISHER & PHILLIPS LLP

14                                By: /s/ Anet Drapalski
                                     Anet Drapalski
15                                   Attorney for Defendants
                                     Ashley Real Estate, LLC and Stoneledge
16                                   Furniture LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Anet Drapalski, counsel for Ashley Real Estate, LLC and Stoneledge Furniture LLC, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 23, 2021           CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff