CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD OSTRANDER JR., <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY REAL ESTATE, LLC, a Delaware Limited Liability Company; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Company; and Does 1-10, <br><br> Defendants. | **Case No.** 5:20-cv-01919-RGK-SP <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff BERNARD OSTRANDER JR. All pleadings and other documents served BERNARD OSTRANDER JR should also be directed to the attention of Amanda Seabock.

Dated: March 23, 2021             CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff

1

Notice of Appearance of Counsel                    Case:: 5:20-cv-01919-RGK-SP